# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Shirley Hampton, | Case No. 2:19-cv-01385-JAD-EJY |
| Plaintiff | |
| v. | **Order Dismissing Case without Prejudice** |
| Spring Mountain Treatment Center, et al., | |
| Defendants | [ECF No. 7] |

Based on the plaintiff's request to dismiss this case without prejudice because she has received a Notice of Intent to Reconsider and revocation of the Notice of Right to Sue from the U.S. Equal Employment Opportunity Commission, IT IS HEREBY ORDERED that the Motion to Dismiss **[ECF No. 7] is GRANTED. This case is DISMISSED without prejudice**.[1] The Clerk of Court is directed to CLOSE THIS CASE.

Dated: September 20, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] Plaintiff remains at all times responsible for calculating any applicable filing deadlines.